UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61890-DIMITROULEAS/MAYNARD

RACHELE MELERO,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

Defendant.
_______________________________________/

**ORDER OF REMAND; ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Shaniel Mills Maynard (the "Report") [DE 15], entered herein on August 13, 2026. The Court notes that no objections to the Report [DE 15] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 15] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 15] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 15] is hereby **ADOPTED AND APPROVED**;
2. Plaintiff's Motion for Summary Judgment [DE 13] is **GRANTED**;
3. Defendant's Motion for Summary Judgment [DE 14] is **DENIED**;

4. Defendant's final administrative decision is **REVERSED AND REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings made in the Report [DE 15]; and

5. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Maynard